UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-25060-JB/EGT

GENESIS CUSTOM JETLINERS, LLC,
A Delaware limited liability company,

        Plaintiff,

v.

ASG AEROSPACE, LLC, a Florida
limited liability company,
GLOBAL AIR CHARTERS, INC.,
a Connecticut corporation, and
A&P PLUS STRUCTURES, INC.
a Florida corporation.,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on United States Magistrate Judge Edwin G. Torres' Report and Recommendation ("Report") on Defendant Global Air Charters, Inc.'s Motion to Compel Arbitration, Dismiss Pending Completion of Arbitration, and Dismiss Based on the Contractual Forum Selection Clause in the Agreement (the "Motion"), ECF No. [15]. In the Report, Judge Torres recommends that the Court grant the Motion. ECF No. [52]. No objections to the Report have been filed, and the time to do so has passed.

After careful consideration of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report, ECF No. [52], is **AFFIRMED** and **ADOPTED**.

2. Defendant Global Air Charters, Inc.'s Motion to Compel Arbitration, ECF No. [15] is **GRANTED**.

3. Counts IV, V, and VI against Defendant Global Air Charters, Inc., are **STAYED** pending conclusion of the parties' arbitration proceeding.

4. Plaintiff and Defendant Global Air Charters, Inc. shall provide a status report of the arbitration proceedings **every sixty days beginning on September 26, 2025**.

5. The parties shall also file a notice within ten days of the conclusion of the arbitration proceedings.

**DONE AND ORDERED** in Miami, Florida, this 29th day of July, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**