UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-25060-JB/Torres

GENESIS CUSTOM JETLINERS, LLC,
A Delaware limited liability company,

       Plaintiff,

v.

ASG AEROSPACE, LLC, a Florida
limited liability company,
GLOBAL AIR CHARTERS, INC.,
a Connecticut corporation, and
A&P PLUS STRUCTURES, INC.
a Florida corporation.,

       Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court on United States Magistrate Judge Edwin G. Torres' Report and Recommendation ("Report") on Defendant Global Air Charters, Inc.'s ("Global") motion to dismiss co-defendant ASG Aerospace, LLC's ("ASG") Crossclaim. ECF No. [43]. In the Report, Judge Torres recommends that the Court grant the Motion. ECF No. [58]. No objections to the Report have been filed, and the time to do so has passed.

After careful consideration of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

    1. The Report, ECF No. [58], is **AFFIRMED** and **ADOPTED**.

    2. Defendant Global's Motion to dismiss co-defendant ASG's crossclaim,

ECF No. [43] is **GRANTED** with respect to Counts I and II of the crossclaim, and **DENIED** with respect to Count III of the crossclaim.

**DONE AND ORDERED** in Miami, Florida, this 27th day of October, 2025.

_____
**JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE**